Sandra Louise WAYNE, Respondent,

v.

Don Larry WAYNE, Appellant.

No. 48804.

Missouri Court of Appeals,
Eastern District,
Division Three.

Feb. 26, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Denied April 9, 1985.

Don Larry Wayne, Florissant, for appellant.

Summers, Compton, Wells & Hamburg, Steven M. Hamburg, David H. Rubin, Clayton, for respondent.

PER CURIAM.

Dissolution proceeding.

The judgment of the trial court is supported by substantial evidence and is not against the weight of the evidence. Rule 73.01. *Murphy v. Carron*, 536 S.W.2d 30 (Mo.banc 1976).

No error of law appears. An opinion would have no precedential value.

Judgment affirmed in accordance with Rule 84.16 (b).